IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-15-293-3 |
| | § § § § | |
| JUAN ORNELAS | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 70). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

    Motions are to be filed by:              December 14, 2015
    Responses are to be filed by:            December 28, 2015
    Pretrial conference is reset to:         **January 4, 2016 at 8:45 a.m.**
    Jury trial and selection are reset to:   **January 11, 2016 at 9:00 a.m.**

SIGNED on October 7, 2015, at Houston, Texas.

                                        Lee H. Rosenthal
                                        United States District Judge