JUDGE __**MARY MILLOY**_____

CASE MANAGER _Cindy Jantowski_____   RPTR/TAPE __G. Clain__

INTERPRETER __None__

TIME __3:01__ A.M. __3:30__ | _____ P.M. _____
       begin      end            begin      end

DATE __5/24/16__

CR. NO. __15-293__   DEFT. NO. __3__

UNITED STATES OF AMERICA § __Bryan Best__ AUSA

VS.

__Juan Ornelas__ § __Lionel Pena__ ☑ CJA

### ARRAIGNMENT / REARRAIGNMENT

- [x] karr./krearr.    ☐ Arraignment  ☑ Rearraignment  held on cts __2__.
- [x] kpl.             Deft enters a plea of ☑ gpl. (guilty)  ☐ ngpl. (not guilty)  ☐ nolopl. (nolo).
- [ ] kwvindi.         Indictment waived.
- [x] kplag.           PLEA AGREEMENT: __Sealed__

★ Consent to proceed before US Magistrate Judge signed

- [x] ...   Order for PSI setting Disclosure and Sentencing dates signed.
- [ ] kwvpsi.   PSI waived.
- [x] kssen.   Sentencing set __8/31/16__ at __9:30 AM__  Judge Rosenthal
- [ ] kjytrl.   Jury trial set _____ at _____.
- [ ] ko.(bnd.)   Deft bond ☐ set  ☐ reduced to $ _____  ☐ Cash  ☐ Surety  ☐ 10%  ☐ PR.
- [ ] ...   Deft failed to appear, bench warrant to issue.
- [x] ...   Deft bond ☑ continued  ☐ forfeited.
- [ ] ...   Deft remanded to custody.
- [x] ...   Terminate other settings for this deft.    ☐ Terminate motions for this deft.

OTHER PROCEEDINGS: 

★ Report + Recommendation signed

Copy to:     USPO